IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MARLENE J. LUEDTKE, | ) | Case No. 8:21-cv-124 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| NEBRASKA METHODIST HEALTH SYSTEM, INC., | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion for Leave to file an Amended Complaint ([Filing No. 10](#)). The Court concludes that the motion should be approved. Accordingly,

IT IS ORDERED that the Plaintiff may file her Amended Complaint within seven (7) days of this Order, and Defendant shall have twenty-one (21) days to file an amended answer.

DATED this 13th day of May, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge